UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.:  1:19-cv-02196-KMT

CARLOS BRITO,

    Plaintiff,

v.

DDR MCH EAST II LLC,
a Foreign Limited Liability Company,

    Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, CARLOS BRITO and Defendant, DDR MCH EAST II LLC, having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice against Defendant, DDR MCH EAST II LLC.

Jointly submitted this 13th day of November, 2019.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Nathan A. Schacht* |
| ANTHONY J. PEREZ | NATHAN A. SCHACHT |
| GARCIA-MENOCAL & PEREZ, P.L. | BAKER & HOSTETLER, LLP. |
| 1600 Broadway, Suite 1600 | 1801 California Street, Suite 4400 |
| Denver, CO 80202 | Denver, CO 80202 |
| Telephone: (303) 386-7208 | Telephone: (303) 861-0600 |
| Facsimile: (305) 553-3031 | Email: nschacht@bakerlaw.com |
| Primary Email:  ajperezlaw@gmail.com | *Attorney for Defendant* |
| Secondary Email: aquezada@lawgmp.com | |
| ddunn@lawgmp.com | |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 13th day of November, 2019.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorney for Plaintiff*
        1600 Broadway, Suite 1600
        Denver, CO 80202
        Telephone: (303) 386-7208
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperezlaw@gmail.com
        Secondary E-Mail: aquezada@lawgmp.com
        ddunn@lawgmp.com

        By: */s/ Anthony J. Perez*
        ANTHONY J. PEREZ